168 F.3d 479
 David Wayne Sample, Parent and Natural Guardian of Jacob
Tyler Sample and Zachary Adam Sample, Laurie Joan Sample,
Parent and Natural Guardian of Jacob Tyler Sample and
Zachary Adam Sample, Jacob Tyler Sample, a Minor, Zachary
Adam Sample, a Minor, Karen Matthews, Executrix for Estate
of Gladys Kephart
v.
J. C. Penney Company, Inc., Roadmaster Corporation, Inc.,
Sunbeam-Oster Company, Inc.,; J. C. Penney
Company, Inc., Sunbeam Corporation,
f/k/a Sunbeam-Oster
 NOS. 96-3764, 97-3045
 United States Court of Appeals,
Third Circuit.
 October 16, 1998
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 Affirmed.